USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/26/19

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KARSCH,

    Plaintiff,

-against-

BLINK HEALTH LTD., et al.,

    Defendants.

17-CV-3880 (VM) (BCM)

**ORDER**

**BARBARA MOSES, United States Magistrate Judge.**

The Court has received and reviewed plaintiff's letter-application dated December 20, 2019 (Dkt. No. 141), which "request[s] a 34-day extension of the fact discovery deadline from December 23, 2019 to January 21, 2020," as well as defendants' responding letter dated December 23, 2019 (Dkt. No. 144), which opposes plaintiff's request.

Plaintiff's optional reply shall be filed no later than **December 27, 2019**, in accordance with Moses Ind. Prac. § 2(e).

Judge Moses will hold a telephonic conference on **January 2, 2020, at 11:30 a.m.** Counsel for the parties are directed to call (212) 805-0228 a few minutes before 11:30 a.m., with all attorneys on one line.

This Order has no effect on the parties' other litigation deadlines or obligations, including those set forth in the Court's Order dated November 14, 2019. (Dkt. No. 133.)

Dated: New York, New York
      December 26, 2019

**SO ORDERED.**

_____
**BARBARA MOSES**
**United States Magistrate Judge**