```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/22/20
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MICHAEL KARSCH,

        Plaintiff,                                    17-CV-3880 (VM) (BCM)

  -against-                                          **ORDER**

BLINK HEALTH LTD., et al.,

        Defendants.

**BARBARA MOSES, United States Magistrate Judge.**

Discovery having concluded (*see* Dkt. No. 160), the parties are directed to advise the Court by joint letter, no later than **July 28, 2020**, whether they believe a judicially supervised settlement conference would be productive. Absent further order of the Court, the scheduling of a settlement conference will not suspend the parties' deadline for summary judgment pre-motion conference letters (currently due by August 19, 2020, *see* Dkt. No. 160), or other pretrial obligations.

Dated: New York, New York
       July 22, 2020                    **SO ORDERED**.

                                                  **BARBARA MOSES**
                                                  **United States Magistrate Judge**