```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
MICHAEL KARSCH,                     :
                    Plaintiff,      :   17 Civ. 3880 (VM)
    - against -                     :
                                    :
BLINK HEALTH LTD., et al.,          :   ORDER
                    Defendants.     :
------------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

Consistent with the Court's Individual Practices, the defendants in the above-captioned matter filed a letter motion requesting authorization to file two exhibits under seal. (See "Letter Motion," Dkt. No. 190.) In particular, Exhibits 2 and 14 to the Declaration of Laura K. Boyle, filed in connection with the defendants' pending motion for summary judgment, contain material designated Highly Confidential for Attorneys' Eyes Only under the governing protective order. (See Dkt. No. 56.) Materials may be sealed "if the sealing order is narrowly tailored to achieve that aim." Lugosch v. Pyramid Co. of Onondaga, 435 F.3d 110, 124 (2d Cir. 2006).

Accordingly, it is hereby

**ORDERED** that the motion to file Exhibits 2 and 14 under seal (Dkt. No. 190) is GRANTED. Defendants are directed to file redacted versions of these exhibits in the public record.

**SO ORDERED.**

Dated:   New York, New York
         17 August 2021

Victor Marrero
U.S.D.J.

1