UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL KARSCH,

                       Plaintiff,

      -against-

BLINK HEALTH LTD. (f/k/a CHAIKEN
HOLDINGS LLC and VITAL MATTERS LLC),
GEOFFREY CHAIKEN, and MATTHEW
CHAIKEN,

                       Defendants.
-------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/24/2022

17 **CIVIL** 3880 (VM)

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 24, 2022, the motion of defendants Blink Health Ltd., Geoffrey Chaiken, and Matthew Chaiken for summary judgment on the claims brought by plaintiff Michael Karsch in this action is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York

      March 24, 2022

                                                  **RUBY J. KRAJICK**

                                                  Clerk of Court

                        **BY:**

                                                  **Deputy Clerk**