MANDATE

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

1:17-cv-03880-VM-BCM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: Aug 01 2022

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 9th day of May, two thousand and twenty-two,

Michael Karsch,

    Plaintiff - Appellant,

v.

Blink Health Ltd, FKA Chaiken Holdings LLC, FKA Vital Matters LLC, Geoffrey Chaiken, Matthew Chaiken,

    Defendants - Appellees.

**ORDER**
Docket Number: 22-847

A notice of appeal was filed on April 18, 2022. Appellant's Form C was due May 02, 2022. The case is deemed in default.

IT IS HEREBY ORDERED that the appeal will be dismissed effective May 23, 2022 if the form is not filed by that date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

MANDATE ISSUED ON 08/01/2022